# UNITED STATES DISTRICT COURT
## District of Minnesota

RECEIVED BY MAIL

JAN 03 2025

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

James D. Wren

**Plaintiff,**

v.

Minneapolis Police department
Torborg Nicholas J. Multiple John Doe's (Names Unknown)
**Respondent.**

**AFFIDAVIT OF**

_____

Case No: 0:24-CV-04279-ECT-DLM

I, _James D. Wren_ , deposes and says I have personal knowledge of the following:

1. I am currently incarcerated at MCF-Stillwater.

2. My DOC Offender ID Number (OID) is 238420.

3. I currently have an active case in the United States District Court (Case number: 0:24-CV-04279-ECT-DLM )

4. My cell number is 654 .

5. On 12-9-24 and 12-16-24 , a photocopied version of the court's documents was placed on the cell bars of 654 in the middle of the night by an unknown staff member, apparently being treated as regular (not legal) mail.

6. The document was not opened in front of me, I did not sign for the document indicating that I received it, and the document appeared to be a photocopy.

7. Between the time that the document was placed on my bars and the normal time that I am let out of my cell, there are inmates that pass our cells. Any of them would have the ability to remove this document from the cell bars, if they chose to.

1

SCANNED

JAN 03 2025 AR

U.S. DISTRICT COURT MPLS

8. Numerous times I have had my regular mail delivered to the wrong cell by the overnight staff, and numerous times I have received other inmate's mail on my cell bars. Treating mail from the court as regular mail subjects it to these same issues, and therefore, there is no guarantee that we will ever receive documents that this facility claims are not "legal mail".

9. The rules of State and Federal courts have deadlines associated with legal filings, and when those deadlines are not met then the filings can be procedurally barred. Under the current practice, pro se petitioners can be barred from the court simply because the DOC does not ensure the delivery of court documents to Petitioners. This is a violation of Equal Protection Rights of the 14th Amendment because prisoners that can afford outside attorneys will not suffer the same fate.

I, the undersigned, hereby affirm under penalty of perjury that the above and foregoing statements are true and correct.

FURTHER AFFIANT SAYETH NOT.

Subscribed and affirmed to this 27 day of 12 , 202 24

Date: 12-27-24

Name: James wren
Date of Birth: 6-10-1984
Address: MCF-Stillwater
970 Pickett St. N
Bayport, MN, 55003-1490

2