**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

James D. Wren,                                        No. 24-cv-4279 (ECT/DLM)

      Plaintiff,

v.

                                                      **ORDER**

Minneapolis Police Department, Nicholas J.
Torborg, and Multiple John Does,

      Defendants.

---

Plaintiff filed the Complaint in this matter on November 25, 2024. (Doc. 1.) A Summons was returned executed as to all Defendants on January 13, 2025. (Doc. 10.) More than 21 days have elapsed since the Summons and Complaint were served on Defendant Nicholas J. Torborg, and no appearance has been entered by him. The Federal Rules of Civil Procedure and the Local Rules of this District require that an answer or other pleading be filed.

Accordingly, counsel for Plaintiff is directed to:

1.    Notify Mr. Torborg or his counsel immediately that he is required to answer or otherwise respond to the Complaint or submit a stipulation for an extension of time to answer or otherwise respond within 10 days of this Order;

2.    File the above notice in CM/ECF; and

3.    If no answer or other response is filed by Mr. Torborg within 21 days of this Order, Plaintiff shall file an application for entry of default pursuant to Fed. R. Civ. P. 55(a) within 30 days of the date of this Order. Once default is entered by the Clerk of Court, Plaintiff shall promptly seek default judgment pursuant to Fed. R. Civ. P. 55(b); or

4.      Advise the undersigned <u>in writing</u> of any good cause to the contrary.

Failure to comply with this Order may result in in a recommendation of dismissal

of this action for failure to prosecute under Fed. R. Civ. P. 41(b).


DATED:  February 5, 2025                      _s/Douglas L. Micko_____
                                              DOUGLAS L. MICKO
                                              United States Magistrate Judge