Mr. James D. Wren, OID# 238420
MCF-St Cloud
2305 Minnesota Blvd
St. Cloud, MN 56304

RECEIVED
BY MAIL

DEC 01 2025

CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

Date: November 24, 2025

**VIA FIRST CLASS USPS MAIL**
Hon. Judge Douglas L. Micko
United States District Court, Minnesota
U.S. Courthouse, Suite 100
316 North Robert Street
St. Paul, MN 55101

RE: Case No. 24-cv-4279;
James D. Wren V. Minneapolis Police Department, et al.

Dear Judge:

Am contacting the court to ask for an extension for 30 days to submit a written report by an expert on the use of the MRT device and training, Petitioner do not expect the full 30 days will be needed due to contact with expert Davis Nighswonger Contact # 714-656-5339 and my new and updated INITIAL DISCLOSURE will include his info and all new discovery Plaintiff will keep updating the Initial Disclosure as new information come.

Thank You

/ James D. Wren
James D. Wren #238420
Pro- se Plaintiff
MCF- St. Cloud prison
2305 Minnesota Blvd
St Cloud, MN 56304



SCANNED
DEC 01 2025
U.S. DISTRICT COURT ST. PAUL