RECEIVED BY MAIL

JAN 12 2026

CLERK, U.S. DISTRICT COURT
ST. PAUL. MN

New Affidavit

1. I James D. Wren on December 30 2025 recieved Defendants Supplemental memorandum of law in opposition to Plaintiff's motion to compel.

2. inside of the memorandum it was false statements From Tracey fussy.

3. Plaintiff has never got an third video from Tracey Fussy With BWC footage from Justin Young that depicts the apprehension of Plaintiff and Plaintiff being placed in handcuffs.

4. nor no video of BWC footage of Justin Young Speaking with any persons on scene.

5. Plaintiff did receive an "Blank" DVD with a crack on the edge from Tracey Fussy.

6. AT the supposed to be deposition on 12-23-25 plaintiff told Tracey Fussy that that Last "DVD" She sent me was "Blank" Tracey fussy never addressed it

7. Tracey Fussy said that She would give me officer Trupe full name but yet to give

SCANNED
JAN 12 2026
U.S. DISTRICT COURT ST. PAUL

8. Tracey Fussy said she would send BWC from officer in room 108 Trupe but as of today still have not.

9. Tracey Fussy said she would send officer Justin Young BWC from room 108 but as of today still has not.

10. The cart reporter who reported the Inspector Torbory's deposition still as of last night phone call with my mother has gave my mother away to pay for the transcripts from that deposition, Just told my Mom it a cost 445.00 for 70 pages we ask why so much and how do we pay still no reply

11. Tracey Fussy has only set up one phone call since Plaintiff has been in St Cloud Prison.

12. Tracey Fussy moved the Deposition with officer Craig Brown from 12-18-25 to 12-23-25 without telling Plaintiff.

13. Tracey Fussy showed up on zoom for the deposition on 12-23-25 with out no court reporter and tryed to get me to do a depostion off the record.

VALERIE L KELLY
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2027

1/2/26