# AUTHORIZATION TO RELEASE DOCUMENTS FROM THE HENNEPIN COUNTY ADULT DETENTION CENTER

I, **JAMES DAVID WREN**, Date of Birth **JUNE 10, 1984**, hereby authorize the Hennepin County Adult Detention Center to release any and all documents that it may have pertaining to me arising out of my contact with the Hennepin County Adult Detention Center on 6-10-2019, to the Minneapolis City Attorney's Office, or any of its representatives or employees.

This authorization specifically includes, but is not limited to, police reports, booking photographs, jail records, medical records, internal affairs documents and jail behavior records.

This information is needed for the purposes of civil litigation. A photocopy of this document is as valid as the original bearing my signature.

Dated: 2-23-26

Signature



Hennepin County Medical Center

# Authorization to Release Health Information

**Patient Information:**

Name: James David Wren Maiden Name/Alias: ______________________

Date of Birth: 06/10/1984 Social Sec #: 4218

Phone: ______________________ MR# ______________________

**Health Information Released FROM:**

X Hennepin County Medical Center (Hospital and Clinics)
X Hennepin County Adult Detention Center
☐ Other:
Person/Organization: ______________________
Street Address:
City/State/Zip: ______________________
FAX: ______________________ Phone: ______________________

**Health Information Released TO:**

Person/Organization: MCS Litigation Support and/or City of Minneapolis
Street Address: P.O. Box 26098
City/State/Zip: St. Louis Park, MN 55426
FAX: (952) 541-9761 Phone: (952) 544-0932

**Health Information to be Released:**

Date of Service: **DOB-present** Type of Visit: **Any and all**

| | | |
|---|---|---|
| X History and Physical | X Photographs | X Radiology Reports |
| X Laboratory Reports | X Discharge Summary | X Radiology Images (not able to fax images) |
| X Emergency Room Report | X Progress/Clinic Notes | X Dental Report/X-rays |
| X Surgery Report | X Care Plan | X Visits Report |
| X Medications | X Immunizations | X Cardiac/EKG Reports |
| Other | | |

**All information regarding alcohol/ drug use or abuse, mental health and/or HIV or AIDS WILL BE RELEASED unless you tell us not to by initialing below:**

______Do Not Release Alcohol/Drug Use or Abuse records
______Do Not Release Mental Health records
______Do Not Release HIV/AIDS records

**Type of Release:**

X Hard Copies (paper) ☐ Verbal Exchange (no copies)
☐ CD (requires PDF viewing capability) ☐ Review of Record (no copies)

**Purpose of Release:**

☐ Personal X Attorney · **Continued Care - Appt Date:** ______________
· Insurance · Disability/ Social Security X Other: Civil litigation

**There may be a charge/fee for copies of records.**

**Delivery Method** X **Mail** · **Fax** · **Pick up by patient/authorized designee (requires photo ID)**

**Authorization/ Revocation**

This authorization will terminate in one year unless otherwise specified: ______________.
I understand that I may stop this release at any time by writing to the HCMC's HIM department. Once the health information has been released to another facility or provider, there is no way to cancel or stop the release. I understand that when the health information is released the information could be re-disclosed by the third party that receives it and may no longer be protected by federal or state privacy laws. I understand that HCMC will not condition treatment, payment, enrollment or eligibility for benefits on whether I sign the consent form. I understand that I must sign this form to release my health information.

**SIGN & DATE**

______________________ X 2-23-26
Signature Date

(If signing for a minor patient, I hereby state that my parental rights have not been revoked by a court of law.)

______________________
Relationship to patient (if not patient)

**NOTE:** An adult patient (18 years or older) must authorize the release of their own information unless patient is incapacitated or deceased. Legal documentation of the right of access by the signing individual may be required.

*A photocopy of this authorization is as valid as the original.*

**Staff Use Only**

Info Released By: ____________ Date: _________ Form of ID: DL State ID Passport Other: _________

# AUTHORIZATION FOR RELEASE OF PRIVATE HEALTH INFORMATION

**PATIENT:**

James David Wren
Name

2305 Minnesota Blvd St Cloud MN
Address City State Zip 56304

06/10/1984
Birth Date

4218
Social Security Number

**INFORMATION TO BE RELEASED TO:**

Office of the City Attorney – City of Minneapolis
350 South 5th Street, City Hall – Room 210, Minneapolis, Minnesota 55415
and/or the authorized agent of the office of the City Attorney.

**CUSTODIAN OF RECORDS:**

Hospital/Doctor

Address Telephone

**INFORMATION TO BE RELEASED:**

| | | | | | |
|---|---|---|---|---|---|
| X | Discharge Summary | X | Treatment for alcohol and/or drug abuse, sickle cell anemia and/or mental problems | X | Counselor's Discharge Summary |
| X | Nurses' Report | | | X | Physical Therapy Records |
| X | Consultation Reports | | | X | X-Ray Reports/Films |
| X | Itemized Billing Statement | X | History & Physical Exam | X | Correspondence |
| | | X | Laboratory Reports | X | Pharmacy Records |
| X | Scan/CT Reports | X | MMPI | X | EMG |
| X | Doctor's Reports | X | Operative Reports | X | Narrative Reports |
| X | Pathology Reports | X | EKG | X | Records from any other treatment provider in the file |

**PURPOSE:** This information is needed for the following Purpose: Civil litigation

- This authorization will expire in one year from the date signed unless otherwise specified:__________________
- This authorization may be revoked by written request of the patient at any time to the address listed for the Office of the City Attorney. A revocation will not apply to information that has already been released in response to this authorization.
- Once information is released pursuant to this authorization, the information may be subject to re-disclosure by the recipient and may no longer be protected by the federal privacy rule, 45 CFR Parts 160 and 164.
- With the exception of psychotherapy notes, all records pertaining to psychiatric/mental health, chemical dependency and /or AIDS/HIV related illness/testing will be released unless otherwise indicated by a checkmark here: ____. Please indicate any restrictions: (Specify) ______________________________
- This authorization must be filled out completely and signed and dated in order to be considered valid.
- A copy of this authorization will be considered as valid as the original authorization.
- Treatment, payment for services, enrollment and eligibility for benefits are not contingent upon the signing of this authorization form.

SIGN & DATE

**PATIENT'S/ AUTHORIZED PERSON'S SIGNATURE:**

[signature] 2-23-26

Signature of Patient/Authorized Person Authorized Person's authority to sign Date

Reason Patient is unable to sign: Minor Deceased Other:________________

# INFORMED CONSENT FORM

**CITY OF MINNEAPOLIS**
**OFFICE OF THE CITY ATTORNEY**
**ROOM 210, CITY HALL**
**350 SOUTH FIFTH STREET**
**MINNEAPOLIS, MN 55402-2453**
**(612) 673 – 2010**

The following named individual has filed a civil lawsuit against the City of Minneapolis.

**Last Name** (please print): WREN Wren

**First Name** (please print): JAMES James

**Middle** (full) (please print): DAVID David

**Maiden, Alias or Former** (please print): ____________________

**Date of Birth:** **06/10/1984**____________________ **Sex** (M )
Month/Day/Year

**Social Security Number:** (Optional) 4218

I authorize the Minnesota Bureau of Criminal Apprehension to disclose all criminal history record information maintained by this agency to the MCS Litigation Support and or City of Minneapolis – Office of the City Attorney, for the purpose of Civil Litigation: P.O. BOX 26098, St. Louis Park, MN 55426 Fax: (952)-541-9761 Phone: (952)-544-0932

The expiration of this authorization shall be for a period no longer than one year from the date of my signature.

Subscribed and sworn to before me this 23rd day of February, 2026

[signature]
Notary Public
My Commission expires:

VALERIE L KELLY
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2027

[signature]
Signature of the Subject of the Records

2-23-26
Date