Mr. James D. Wren OID #238420
MCF - St. Cloud
2305 Minnesota Blvd
St. Cloud, mn 56304

Date: febuary 26, 2026

RECEIVED
BY MAIL
MAR 03 2026
CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

VIA FIRST CLASS USPS MAIL
Tracey N. Fussy
Assistant City Attorney
350 South fifth Street, Room 210
Minneapolis, MN 55415

RE: Case No. 24-cv-4279;
James D. Wren V. Minneapolis Police Department, et al.

Dear Tracey:

I will Like to thank you for Keeping your word and as you can see I Keep mine I'm Sorry that it took so long but one of the consent had to get Notarized and then get copies and that took some time but they are enclosed, enclosed also is my updated initial Disclosures and a copy of the letter I wrote to the Judge letting him Know that we dont need an hearing for the motion to compel, the 5 things we talked about that you Said you are working on did the pro bono attorney send you the copies of the medical records yet?

I also ask the Judge for an order for settlement conference like we talked about the pro bono attorney will handle that on my behalf when the doc give me the rest of my Medical records I will Send them also.

SCANNED
MAR 03 2026 CK
U.S. DISTRICT COURT ST. PAUL

[signature]
James D. Wren
Pro Se - Plaintiff
MCF - St. Cloud prison
2305 Minnesota Blvd
St. Cloud, mn 56304