## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| James Wren, | |
| Plaintiff, | Case 24-CV-04279 (ECT/DLM) |
| vs. | |
| The Minneapolis Police Department, Nicholas J. Torborg, in his individual and capacity; Sgt. Charles Green, Craig Brown capacity, and John/Jane Does, in their individual capacity, | **STATEMENT INSTEAD OF REDACTED DOCUMENT** |
| Defendants. | |

Defendants Nicholas J. Torborg, Charles Green, Craig Brown, and the City of Minneapolis (hereinafter "Defendants') are filing this Statement Instead of Redacted Document to Exhibits 1, 2, 3, 4, 6, 7, 8, 9, 10, 11 and 12 to the Declaration of Tracey N. Fussy (Dkt. 121) under temporary seal pursuant to Local Rule 5.6.

Exhibit 1 is a copy of GO# MP 2019-16361(police report). The report is confidential, and redaction is impracticable.

Exhibit 2 is a video recording from the body-worn camera of Nicholas Torborg, during the incident that forms the basis of this lawsuit. The video recording is confidential, and redaction is impracticable.

Exhibit 3 is a video recording from the body-worn camera of Nicholas Torborg, during the incident that forms the basis of this lawsuit. The video recording is confidential, and redaction is impracticable.

Exhibit 4 is a video recording from the body-worn camera of Nicholas Torborg, during the incident that forms the basis of this lawsuit. The video recording is confidential, and redaction is impracticable.

Exhibit 6 is a video recording from the body-worn camera of Craig Brown, during the incident that forms the basis of this lawsuit. The video recording is confidential, and redaction is impracticable.

Exhibit 7 is a video recording from the body-worn camera of Craig Brown, during the incident that forms the basis of this lawsuit. The video recording is confidential, and redaction is impracticable.

Exhibit 8 is a video recording from the body-worn camera of Molly Kiewatt, during the incident that forms the basis of this lawsuit. The video recording is confidential, and redaction is impracticable.

Exhibit 9 is a copy of Hennepin County Jail records of James Wren. The report is confidential, and redaction is impracticable.

Exhibit 10 is a copy of Minnesota Department of Corrections records of James Wren. The report is confidential, and redaction is impracticable.

Exhibit 11 is a copy of Defendants' Responses to Plaintiff's 2nd Request for Documents dated January 14, 2026. The report is confidential, and redaction is impracticable.

Exhibit 12 is a video recording from Charles Green's interview with Sammy Cage. The video recording is confidential, and redaction is impracticable.

Dated: April 30, 2026

KRISTYN ANDERSON
City Attorney

By  _s/ Tracey Fussy_
TRACEY FUSSY (3117807)
HEATHER P. ROBERTSON (0390470)
Assistant City Attorneys
Minneapolis City Attorney's Office
350 South Fifth Street, Room 210
Minneapolis, MN 55415
(612) 673-2254
(612) 299-2742
tracey.fussy@minneapolismn.gov
heather.robertson@minneapolismn.gov

_Attorneys for Defendants Minneapolis_
_Police, Nicholas Torborg, Charles Green_
_and Craig Brown_