**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

James Wren,

Plaintiff,

vs.

The Minneapolis Police Department, Nicholas J. Torborg, in his individual and capacity; Sgt. Charles Green, Craig Brown capacity, and John/Jane Does, in their individual capacity,

Defendants.

Case No. 24-CV-04279 (ECT/DLM)

**PROPOSED ORDER FOR MOTION FOR SUMMARY JUDGMENT**

The above matter came before the Honorable Eric C. Tostrud, United States District Judge for the District of Minnesota, at a hearing on the Motion for Summary Judgment brought by Defendants the Minneapolis Police Department, Nicholas J. Torborg, Charles Green, Craig Brown and John/Jame Does (hereafter "Defendants"). Tracey N. Fussy appeared on behalf of the moving Defendants. Plaintiff James Wren, who is *pro se* appeared via Zoom.

The Court, having heard the arguments of counsel and based upon all the files, records, and proceedings herein, makes the following:

**ORDER**

1. Defendants' Motion for Summary Judgment (Dkt. 118) is **GRANTED**.

2. Plaintiff's Complaint is dismissed in its entirety.

Dated: May 1, 2026

ERIC C. TOSTRUD
United States District Court Judge
District of Minnesota